

# NUMBER 13-17-00460-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CELESTINA LYNN GARCIA,                                              Appellant,

v.

THE STATE OF TEXAS,                                                Appellee.

## On appeal from the 24th District Court
of Victoria County, Texas.

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Longoria
Order Per Curiam**

This cause is before the Court on appellant's motion for an order to direct the trial court clerk to transmit an original exhibit to this Court. During the trial, the State offered and the trial court admitted a DVD of a traffic stop as State's Exhibit 13. The court reporter has certified the video cannot be converted and uploaded to the Court.

The Court, having fully examined and considered appellant's motion to direct the trial court clerk to transmit an original exhibit, is of the opinion that the motion should be granted. Appellant's motion is hereby GRANTED. The clerk of the trial court is hereby ORDERED to forward the original State's Exhibit 13 (DVD of traffic stop) admitted at trial in Cause No. 16-12-29732-A to this Court within fifteen days from the date of this order.

PER CURIAM

Order delivered and filed this the
16th day of April, 2018.